IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| RICHARD KITCHENS, JR. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:16-CV-000347 |
| | § | |
| JESSE E. WILEY AND CLEAN HARBORS | § | JURY |
| ENVIRONMENTAL SERVICES, INC. | § | |

## INDEX OF DOCUMENTS FROM STATE COURT ACTION

The following is an index of the pleadings, answers to pleadings, process, and orders

entered by the state court in Cause No. B160200-C; *Richard Kitchens, Jr. v. Jesse E. Wiley and*

*Clean Harbors Environmental Services, Inc.*:

| NO. | NAME OF DOCUMENT | DATE FILED |
|---|---|---|
| 1. | Case History Sheet | 8/17/2016 |
| 2. | Plaintiff's Original Petition | 6/30/2016 |
| 3. | Issuance of Citation to Clean Harbors Environmental Services, Inc. | 7/5/2016 |
| 4. | Issuance of Citation to Jessie E. Wiley | 7/5/2016 |
| 5. | Affidavit of Service to Secretary of State to Forward to Clean Harbors Environmental Services, Inc. | 7/11/2016 |
| 6. | Affidavit of Service to Jesse E. Wiley | 7/14/2016 |



EXHIBIT
A

801 W Division. Orange, 77630 TX. Phone: (409)882-7825 EXT

## CASE HISTORY FOR CASE 160200-C
### RICHARD KITCHENS JR VS. JESSE E WILEY

FILED DATE: 6/30/2016      CASE TYPE: C/MOTOR VEHICLE      STATUS: Active

JUDGE: 163rd District Court

---

## CASE PARTIES:

Plaintiff   KTCHENS JR, RICHARD
Plaintiff Attorney   NIELSEN, ERIC D
Defendant   WILEY, JESSE E
Defendant   CLEAN HARBORS ENVIRONMENTAL SERVICES INC

## CASE HISTORY FOR CASE 160200-C

---

### KTCHENS JR, RICHARD

| | | |
|---|---|---|
| Current Age: Unknown | DOB: Unknown | |
| DL#: | SSN: 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 | |
| Total Paid: $ 436.00 | Balance Due: $ 0.00 | |

| COST | AMOUNT | PAY PRIORITY |
|---|---|---|
| Action: PLAINTIFF'S ORIGINAL PETITION | | |
| COMP PUB ACCT CV (DC) $50.00 | $50.00 | 20 |
| DISTRICT CLK'S FEE-CASE $50.00 | 50.00 | 50 |
| OR CTY SHERIFF FEE-CASE $5.00 | 5.00 | 50 |
| LAW LIBRARY FEES $20.00 | 20.00 | 50 |
| STENOGRAPHIC FEES $15.00 | 15.00 | 50 |
| COURTHOUSE SEC FUND $5.00 | 5.00 | 50 |
| REC MGMT PRES $5. GC 51.317 (c)(2) | 5.00 | 50 |
| REC MGMT PRES FUND(CL-R) GC 51.317(c)(1 | 5.00 | 40 |
| JUDICIARY FEE | 42.00 | 30 |
| STATE:IND LGL(C)LGC 133.152 (a)(1) | 10.00 | 30 |
| APPELLATE JUD SUPPORT FEE | 5.00 | 30 |
| DC DIGITIZE CT. R. GC 51.708 | 10.00 | 40 |
| DC ARCHIVE 51.305 (b) | 10.00 | 40 |
| STATE E-FILING (C) $30 GC 51.851 (b) | 30.00 | 20 |
| | | |
| Action: CITATION REQUESTED (CERTIFIED MAIL) | | |
| DISTRICT CLERK FEES : GENERAL | 83.00 | 50 |
| | | |
| Action: CITATION REQUESTED (STATE/CERTIFIED MAIL) | | |
| DISTRICT CLERK FEES : GENERAL | 91.00 | 50 |
| **Total:** | **$436.00** | |

| DATE | TIME | DESCRIPTION |
|---|---|---|
| 08/17/2016 | 9:19 am | Filing recorded: COPY REQUEST +<br>KTCHENS JR, RICHARD |
| 08/17/2016 | 9:19 am | Filing recorded: E-FILE RECEIPT<br>KTCHENS JR, RICHARD |
| 08/16/2016 | 11:34 am | Filing recorded: COPY REQUEST + (2)<br>KTCHENS JR, RICHARD |
| 08/16/2016 | 11:34 am | BRITTANYT recorded the following Case Action Note: 1st request was sent without money<br>KTCHENS JR, RICHARD |
| 08/16/2016 | 11:34 am | Filing recorded: E-FILE RECEIPT<br>KTCHENS JR, RICHARD |
| 07/14/2016 | 9:13 am | Filing recorded: CITATION RETURNED + |

DO NOT COPY OR ALTER - This document contains security features.

| | | WILEY, JESSE E |
|---|---|---|
| 07/14/2016 | 8:49 am | DENISES recorded the following Case Action Note: SECRETARY OF STATE. CLEAN HARBORS ENVIRONMENTAL SERVICES INC |
| 07/11/2016 | 8:49 am | Filing recorded: CITATION RETURNED + CLEAN HARBORS ENVIRONMENTAL SERVICES INC |
| 07/06/2016 | 11:48 am | Received payment of $436.00 from ERIC D NIELSEN (EFILE) for RICHARD  KTCHENS  JR. Printed receipt #499510. KTCHENS  JR, RICHARD |
| 07/05/2016 | 12:42 pm | Filing recorded: CITATION/S ISSUED + (2) CLEAN HARBORS ENVIRONMENTAL SERVICES INC |
| 07/05/2016 | 12:42 pm | DENISES recorded the following Case Action Note: CM/RRR TO CLEAN HARBORS ENVIRONMENTAL SERVICES THROUGHT SOS AND TO JESSIE WILEY CLEAN HARBORS ENVIRONMENTAL SERVICES INC |
| 07/05/2016 | 11:06 am | Filing recorded: CITATION REQUESTED (STATE/CERTIFIED MAIL) KTCHENS  JR, RICHARD |
| 07/05/2016 | 11:04 am | Filing recorded: CITATION REQUESTED (CERTIFIED MAIL) KTCHENS  JR, RICHARD |
| 06/30/2016 | 11:04 am | Filing recorded: PLAINTIFF'S ORIGINAL PETITION KTCHENS  JR, RICHARD |
| 06/30/2016 | 11:03 am | Filing recorded: REQ FOR PROCESS FORM KTCHENS  JR, RICHARD |
| 06/30/2016 | 11:03 am | Filing recorded: CASE INFORMATION SHEET KTCHENS  JR, RICHARD |
| 06/30/2016 | 11:02 am | Filing recorded: E-FILE RECEIPT KTCHENS  JR, RICHARD |
| 06/30/2016 | 11:02 am | Filing recorded: *** E-FILED CASE *** KTCHENS  JR, RICHARD |



State of Texas
County of Orange
   I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.
   Witness my official seal and signature of office in Orange, Texas, this the ___ day of _____ 16

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by_____
DENISE SMITH

CERTIFIED COPY
DO NOT COPY OR ALTER - This document contains security features.

FILED: 6/30/2016 3:13:36 PM
Vickie Edgerly, District Clerk
Orange County, Texas
By: Denise Smith, Deputy

NO. B160200-C

| | | |
|---|---|---|
| RICHARD KITCHENS, JR. | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | |
| | § | ORANGE COUNTY, TEXAS |
| | § | |
| | § | |
| JESSE E. WILEY and CLEAN HARBORS | § | 163rd  JUDICIAL DISTRICT |
| ENVIRONMENTAL SERVICES, INC. | § | |

### PLAINTIFF'S ORIGINAL PETITION; REQUEST FOR DISCLOSURE; FIRST REQUEST FOR PRODUCTION; FIRST SET OF INTERROGATORIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW RICHARD KITCHENS, JR., hereby becoming Plaintiff in the above-entitled and numbered cause, complaining of JESSE E. WILEY and CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., Defendants, and for cause of action would respectfully show the Court the following:

### DISCOVERY LEVEL

1.      Plaintiff intends to conduct discovery pursuant to Rule 190 of the Texas Rules of Civil Procedure, Level Two (2).

### PARTIES

2.      Plaintiff is an individual residing in Harris County, Texas.

3.      Defendant JESSE E. WILEY ("WILEY") is an individual residing in Louisiana. Defendant may be served with process herein pursuant to §17.062 of the Texas Civil Practice & Remedies Code. That statute provides that the chairman of the Texas Transportation Commission is an agent for service of process on a person who is a nonresident in any suit against the person that

1

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

grows out of a collision or accident in which the person is involved while operating a motor vehicle in this state.

4.     Process may be served on Defendant WILEY by serving a certified copy of the process on the chairman not later than the 20th day prior to the date of return stated in the process. Immediately after being served, the chairman by properly addressed letter shall mail to Defendant WILEY:

a.     a copy of the process; and

b.     notice that the process has been served on the chairman.

The notice and copy of the process must be sent to Defendant WILEY by registered mail, or by certified mail, return receipt requested, with the postage prepaid to the following residence address:

> JESSE E. WILEY
> 1711 CAROLINE DRIVE
> LIVINGSTON, LA. 70754

5.     Defendant CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. ("CLEAN HARBORS") is a foreign corporation that is authorized to do business in Texas. Defendant CLEAN HARBORS may be served with process herein by serving its registered agent for service of process, C.T. Corporation System, at its registered office, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

**VENUE**

6.     Venue is proper in Orange County, Texas because the collision made the basis of this lawsuit occurred in Orange County, Texas.

2

DO NOT COPY OR ALTER - This document contains security features.

## BACKGROUND FACTS

7.     On or about August 9, 2015, Plaintiff was driving west in the farthest right lane of Interstate 10 near mile marker 858. At that time and place, Defendant WILEY was driving west in the middle lane of Interstate 10 near mile marker 858, to the left of Plaintiff. Suddenly and without warning, Defendant WILEY turned to the right to exit the freeway and crashed into Plaintiff's vehicle. As a result of this collision, Plaintiff was injured.

## RESPONDEAT SUPERIOR

8.     At all times material hereto, Defendant WILEY was in the course and scope of his employment with Defendant CLEAN HARBORS. Defendant CLEAN HARBORS is therefore liable for the negligence of Defendant WILEY pursuant to the doctrine of *respondeat superior*.

## NEGLIGENCE

9.     On the occasion in question, Defendant WILEY was negligent in one or more of the following respects:

a)     failing to keep a proper lookout;

b)     failing to brake to avoid the collision;

c)     failing to apply his brakes in a timely manner;

d)     driving at a rate of speed in excess of the speed that a reasonably prudent person in the same or similar circumstances would have driven;

e)     failing to control his speed;

f)     failing to steer to avoid the collision;

g)     failing to drive in a single lane of traffic;

h)     changing lanes when it was unsafe to do so;

3

DO NOT COPY OR ALTER - This document contains security features.

i)     exiting the freeway from the wrong lane of traffic.

Each of the foregoing acts, alone or in combination with the others, constitutes negligence and a violation of Defendant's duty of care to Plaintiffs, which proximately caused the occurrence in question, and Plaintiffs' damages.

## ACTUAL DAMAGES

10.     As a proximate result of the negligence of Defendant WILEY, Plaintiff was injured. The negligence of Defendant has proximately caused Plaintiff to suffer the following elements of damages in the past and Plaintiff will, in all reasonable probability, continue to suffer such elements of damage in the future:

1)     physical and mental pain and anguish;

2)     loss of wage earning capacity;

3)     physical impairment;

4)     disfigurement; and

5)     medical expenses.

Plaintiff has suffered damages from Defendants' wrongful conduct described herein. As discussed in this Petition, Plaintiff has suffered not only easily quantifiable economic damages but also other forms of damages such as mental anguish and pain and suffering and will likely continue to suffer these damages in the future. Both the Constitution of the United States and the Constitution of the State of Texas provide Plaintiff with the inalienable fundamental right to have his case heard and decided by a jury of his peers at trial. In accordance with these fundamental rights it will ultimately be the responsibility and province of a jury of Plaintiff's peers to decide the economic value of the damages Plaintiff suffered as a result of Defendant's wrongful actions

4

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

and omissions which form the basis of this lawsuit. However, as Plaintiff is required by law to state the maximum amount of damages he is seeking, Plaintiff believes that when the totality of his damages are considered, along with the wrongful nature of Defendants' conduct, it is possible that a jury may ultimately decide that Plaintiff's damages exceed two hundred thousand dollars but do not exceed one million dollars. Plaintiff therefore sues for a sum in excess of the jurisdictional limits of the Court to be determined by the jury in its sole discretion.

## JURY DEMAND

11.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiffs demand trial by jury and tender the jury fee along with this filing.

## RULE 193.7 NOTICE

12.     You are hereby given notice pursuant to T.R.C.P. Rule 193.7 of Plaintiffs' intent to offer any and all documents produced by Defendant(s) in response to any discovery request as evidence in any pretrial proceeding or at trial.

## REQUEST FOR DISCLOSURE TO DEFENDANT JESSE E. WILEY

13.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff hereby requests that you respond to items (A) through (L) no later than fifty-one (51) days from the service of this lawsuit.

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT JESSE E. WILEY

14.     Pursuant to Rule 196 of the Texas Rules of Civil Procedure, Plaintiff hereby serves upon you Plaintiff's First Request for Production. Your responses thereto are due fifty-one (51) days from the service of this lawsuit. The documents and tangible things requested should be

5

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

produced at the offices of The Nielsen Law Firm, P.C., 9800 Northwest Freeway, Suite 314, Houston, Texas 77092.

**REQUEST FOR PRODUCTION NO. 1**

True and correct copies of any and all incident reports made by agents, representatives or employees of Defendant concerning the incident made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2**

True and correct copies of any and all incident reports made by any police department or agency, Defendant's insurance carrier, or anyone else concerning the incident made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3**

True and correct copies of any and all photographs, videotapes, films or other graphic images of Plaintiff (including but not limited to surveillance photographs, videotapes, films or other graphic images of Plaintiff); the scene of the incident made the basis of this lawsuit; or any vehicle involved in the collision made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4**

True and correct copies of any and all documents in Defendant's care custody or constructive control which mention the name of Plaintiff, other than documents for which Defendant in good faith claims a privilege. With respect to each such document for which Defendant in good faith claims a privilege, please provide a privilege log in compliance with Rule 193.3(b) of the Texas Rules of Civil Procedure.

**RESPONSE:**

DO NOT COPY OR ALTER - This document contains security features.

## REQUEST FOR PRODUCTION NO. 5

True and correct copies of any and all documents which mention, reflect or refer to the conviction of any party, witness or potential witness of a felony or crime of moral turpitude pursuant to rule 609 of the Texas Rules of Evidence.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 6

True and correct copies of any documents which mention, reflect or refer to any cost of repair of any vehicle involved in the collision made the basis of this lawsuit, including but not limited to any repair estimates or repair invoices.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 7

True and correct copies of any and all correspondence between Defendant or Defendant's insurance carrier and Plaintiff or any representative of Plaintiff, regardless of who generated such correspondence.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 8

True and correct copies of any and all correspondence between: 1) Defendant or Defendant's insurance carrier; and 2) any person or representative of any person making a claim against Defendant as a result of the collision made the basis of this lawsuit.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 9

True and correct copies of any and all settlement agreements with any person making a claim against Defendant as a result of the collision made the basis of this lawsuit.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 10

True and correct copies of any and all medical records and/or medical bills which mention or refer to Plaintiff and/or any injury or physical or psychological complaint made by Plaintiff at any time

7

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

before or after the incident made the basis of this lawsuit, which is in the possession, control or constructive control of Defendant, Defendant's counsel, or Defendant's insurance carrier.

**RESPONSE:**

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## TO DEFENDANT JESSE E. WILEY

15.     Pursuant to Rule 197 of the Texas Rules of Civil Procedure, Plaintiff hereby serves upon you Plaintiff's First Set of Interrogatories to Defendant. Your answers must be made separately and under oath. Your answers may be used as evidence at the trial of this lawsuit. Your answers are due fifty-one (51) days from the service of this lawsuit.

**INTERROGATORY NO. 1:**

Please state your name, address (both home and business), telephone number (both home and business), driver's license number, and date of birth.

**ANSWER:**

**INTERROGATORY NO. 2:**

Please state the name, address and telephone number of your current employer and your employer on the date of the incident made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 3:**

Please state the full name and address and telephone number of the owner of the vehicle which you were riding in, and state why you were riding in the vehicle at the time of the incident made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 4:**

Please describe how the incident made the basis of this lawsuit happened.

**ANSWER:**

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

**INTERROGATORY NO. 5:**

Describe the weather conditions on the day of the collision made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 6:**

At the time of the collision made the basis of this lawsuit, please state where you were coming from and where you were intending to go.

**ANSWER:**

**INTERROGATORY NO. 7**

Pursuant to Rule 192.3(d) of the Texas Rules of Civil Procedure, state the name, address and telephone number of any person who is expected to be called to testify at trial.

**ANSWER:**

**INTERROGATORY NO. 8**

Pursuant to Rule 192.3 (b) of the Texas Rules of Civil Procedure, describe the nature, custody, condition, location, and contents of any documents and tangible things (including papers, books, accounts, drawings, graphs, charts, photographs, electronic or videotape recordings, data and data compilations) that constitute or contain matters relevant to the subject matter of this action.

**ANSWER:**

**INTERROGATORY NO. 9**

In the twenty-four (24) hour period immediately preceding the collision made the basis of this lawsuit, did you consume any alcohol, medications, or legal or illegal drugs of any kind? If so, state the amount and type of substance you consumed, and the last time you consumed the substance before the collision.

**ANSWER:**

**INTERROGATORY NO. 10**

Were you given a drug test after the collision made the basis of this lawsuit? If so, where did you take the drug test and what were the results of the drug test?

9

CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.

ANSWER:

### INTERROGATORY NO. 11

Have you ever been a party to any other criminal or civil lawsuit? If so, state the style of each case, the cause number of each case, and the county where each case was filed.

ANSWER:

### INTERROGATORY NO. 12

State the name, address and telephone number of each person who has made a claim against you, your employer, and/or your insurance carrier for property damage or personal injuries as a result of the collision made the basis of this claim.

ANSWER:

### INTERROGATORY NO. 13

Did you give a recorded or written statement concerning the collision made the basis of this lawsuit to your insurance carrier or anyone else? If so, to whom did you give such a statement and when was the statement given?

ANSWER:

### INTERROGATORY NO. 14

At the time of the collision made the basis of this lawsuit, were you in the course and scope of your employment with any employer? If so, state the name, address and telephone number of the employer.

ANSWER:

### INTERROGATORY NO. 15:

If you have ever been convicted, pleaded guilty or *nolo contedere* of any statutory offense, state the nature of the offense, the date of the offense, the county and state in which you were tried and the sentence/fine you were given.

ANSWER:

10

DO NOT COPY OR ALTER - This document contains security features.

**INTERROGATORY NO. 16:**

State the name, address and telephone number of all occupants of the vehicle which you were operating at the time of the collision made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 17:**

Please identify and describe any all motor vehicle accidents and/or auto-pedestrian accidents in which you have been involved within the last ten (10) years, including but not limited to the: date of the accident; location of the accident; citations issued; description of the accident; and injuries of those involved.

**ANSWER:**

**INTERROGATORY NO. 18:**

Please identify and describe any and all citations, tickets and/or warnings you have received within the last ten (10) years for moving violations and/or violation of traffic-related ordinances.

**ANSWER:**

## REQUEST FOR DISCLOSURE TO DEFENDANT
## CLEAN HARBORS ENVIRONMENTAL, INC.

16.    Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff hereby requests that you respond to items (A) through (L) no later than fifty-one (51) days from the service of this lawsuit.

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT CLEAN HARBORS ENVIRONMENTAL, INC.

17.    Pursuant to Rule 196 of the Texas Rules of Civil Procedure, Plaintiff hereby serves upon you Plaintiff's First Request for Production. Your responses thereto are due fifty-one (51) days from the service of this lawsuit. The documents and tangible things requested should be

11

DO NOT COPY OR ALTER - This document contains security features.

produced at the offices of The Nielsen Law Firm, P.C., 9800 Northwest Freeway, Suite 314, Houston, Texas 77092.

**REQUEST FOR PRODUCTION NO. 1**

True and correct copies of any and all incident reports made by agents, representatives or employees of Defendant concerning the incident made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2**

True and correct copies of any and all incident reports made by any police department or    agency, Defendant's insurance carrier, or anyone else concerning the incident made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3**

True and correct copies of any and all photographs, videotapes, films or other graphic images of Plaintiff (including but not limited to surveillance photographs, videotapes, films or other graphic images of Plaintiff); the scene of the incident made the basis of this lawsuit; or    any    vehicle involved in the collision made the basis of this lawsuit.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4**

True and correct copies of any and all documents in Defendant's care custody or constructive control which mention the name of Plaintiff, other than documents for which Defendant in good faith claims a privilege. With respect to each such document for which Defendant in good faith claims a privilege, please provide a privilege log in compliance with Rule 193.3(b) of the Texas Rules of Civil Procedure.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5**

True and correct copies of any and all documents which mention, reflect or refer to the conviction of any party, witness or potential witness of a felony or crime of moral turpitude pursuant to rule 609 of the Texas Rules of Evidence.

DO NOT COPY OR ALTER - This document contains security features.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 6

True and correct copies of any documents which mention, reflect or refer to any cost of repair of any vehicle involved in the collision made the basis of this lawsuit, including but not limited to any repair estimates or repair invoices.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 7

True and correct copies of any and all correspondence between Defendant or Defendant's insurance carrier and Plaintiff or any representative of Plaintiff, regardless of who generated such correspondence.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 8

True and correct copies of any and all correspondence between: 1) Defendant or Defendant's insurance carrier; and 2) any person or representative of any person making a claim against Defendant as a result of the collision made the basis of this lawsuit.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 9

True and correct copies of any and all settlement agreements with any person making a claim against Defendant as a result of the collision made the basis of this lawsuit.

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 10

True and correct copies of any and all medical records and/or medical bills which mention or refer to Plaintiff and/or any injury or physical or psychological complaint made by Plaintiff at any time before or after the incident made the basis of this lawsuit, which is in the possession, control or constructive control of Defendant, Defendant's counsel, or Defendant's insurance carrier.

**RESPONSE:**

13

DO NOT COPY OR ALTER - This document contains security features.

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## TO DEFENDANT CLEAN HARBORS ENVIRONMENTAL, INC.

18.     Pursuant to Rule 197 of the Texas Rules of Civil Procedure, Plaintiff hereby

serves upon you Plaintiff's First Set of Interrogatories to Defendant. Your answers must be made

separately and under oath. Your answers may be used as evidence at the trial of this lawsuit.

Your answers are due fifty-one (51) days from the service of this lawsuit.

**INTERROGATORY NO. 1:**

Please state the name, address and telephone number of each person who participated in
answering these interrogatories and state which interrogatories each such person participate in
answering.

**ANSWER:**

**INTERROGATORY NO. 2:**

Please state the full name and address and telephone number of the owner of the vehicle which
Defendant JESSE E. WILEY was driving at the time of the collision made the basis of this
lawsuit.

**ANSWER:**

**INTERROGATORY NO. 3:**

Please describe how the incident made the basis of this lawsuit happened.

**ANSWER:**

**INTERROGATORY NO. 4:**

Describe the weather conditions on the day of the collision made the basis of this lawsuit.

**ANSWER:**

**INTERROGATORY NO. 5:**

At the time of the collision made the basis of this lawsuit, please state where Defendant JESSE
E. WILEY was coming from and where Defendant JESSE E. WILEY was intending to go.

14

DO NOT COPY OR ALTER - This document contains security features.

**ANSWER:**

**INTERROGATORY NO. 6**

Pursuant to Rule 192.3(d) of the Texas Rules of Civil Procedure, state the name, address and telephone number of any person who is expected to be called to testify at trial.

**ANSWER:**

**INTERROGATORY NO. 7**

Pursuant to Rule 192.3 (b) of the Texas Rules of Civil Procedure, describe the nature, custody, condition, location, and contents of any documents and tangible things (including papers, books, accounts, drawings, graphs, charts, photographs, electronic or videotape recordings, data and data compilations) that constitute or contain matters relevant to the subject matter of this action.

**ANSWER:**

**INTERROGATORY NO. 8**

Was Defendant JESSE E. WILEY given a drug test after the collision made the basis of this lawsuit? If so, where did Defendant JESSE E. WILEY take the drug test and what were the results of the drug test?

**ANSWER:**

**INTERROGATORY NO. 9**

Have you ever been a party to any other lawsuit? If so, state the style of each case, the cause number of each case, and the county where each case was filed.

**ANSWER:**

**INTERROGATORY NO. 10**

State the name, address and telephone number of each person who has made a claim against you and/or your insurance carrier for property damage or personal injuries as a result of the collision made the basis of this claim.

**ANSWER:**

15

DO NOT COPY OR ALTER - This document contains security features.

## INTERROGATORY NO. 11

Did Defendant JESSE E. WILEY give a recorded or written statement concerning the collision made the basis of this lawsuit to your insurance carrier or anyone else? If so, to whom did Defendant JESSE E. WILEY give such a statement and when was the statement given?

**ANSWER:**

## INTERROGATORY NO. 12

At the time of the collision made the basis of this lawsuit, was Defendant JESSE E. WILEY in the course and scope of employment with any employer? If so, state the name, address and telephone number of the employer.

**ANSWER:**

## INTERROGATORY NO. 14:

State the name, address and telephone number of all occupants of the vehicle which Defendant JESSE E. WILEY was operating at the time of the collision made the basis of this lawsuit.

**ANSWER:**

## PRAYER

*WHEREFORE, PREMISES CONSIDERED*, Plaintiff prays that Defendants be cited to

appear and answer herein and that on final trial Plaintiff have judgment against Defendants, jointly

and severally for:

1) damages in an amount in excess of the jurisdictional limits of the Court to be determined by the jury in its sole discretion;
2) pre-judgment interest at the highest rate allowed by law;
3) post-judgment interest at the highest rate allowed by law;
4) costs of Court; and
5) such other and further relief to which Plaintiffs may be justly entitled.

16

DO NOT COPY OR ALTER - This document contains security features.

Respectfully submitted,

THE NIELSEN LAW FIRM, P.C.

BY: _____

ERIC D. NIELSEN
TBA#: 15021625
9800 NORTHWEST FREEWAY, SUITE 314
HOUSTON, TEXAS  77006
TEL:  (713) 524-4800
FAX:  (888) 587-9443

ATTORNEYS FOR PLAINTIFF

State of Texas
County of Orange
    I, VICKIE EDGERLY, Clerk of the District Court in
and for Orange County, Texas, do hereby certify
that the above and foregoing is a true and correct
copy of the Original Hereof, as same was filed and
appears of record in my office.
    Witness my official seal and signature of office
in Orange, Texas, this the 11 day of August 16

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas

by

DENISE SMITH

DO NOT COPY OR ALTER - This document contains security features.

## THE STATE OF TEXAS

**To:**  **CLEAN HARBORS ENVIRONMENTAL SERVICES INC**
**REG AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS, TX 75201-3136**

### BY SERVING THE SECRETARY OF THE STATE OF TEXAS, AUSTIN, TEXAS

Defendant, **NOTICE:**

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said   **PLAINTIFF'S ORIGINAL PETITION**
was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on June 30, 2016 in the following styled and numbered cause:
**Cause No:    160200-C**
**RICHARD KTCHENS  JR VS. JESSE E WILEY**

The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:
**ERIC D NIELSEN**
**THE NIELSEN LAW FIRM PC**
**9800 NORTHWEST FREEWAY SUITE 314**
**HOUSTON, TX  77006**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this July 5, 2016.



**VICKIE EDGERLY, District Clerk**
Orange County, Texas

*Vickie Edgerly*

---

### CLERK'S RETURN FOR CERTIFIED MAIL

CAME TO HAND on the _5TH_ day of __JULY___, 2016_, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.
CERT. MAIL #_71900518001000012210___ DELIVERY DATE:_____ RETURN DATE:_____

### ALTERNATE RETURN

CAME TO HAND on the _____ day of _____, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in _____
_____ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

By:_____Deputy

DO NOT COPY OR ALTER - This document contains security features.



**U.S. Postal Service ™**
**CERTIFIED MAIL ™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

7190 0518 0010 0001 2210

| | | |
|---|---|---|
| Postage | $ | $0.41 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ | $5.21 |

Sent To: OFFICE OF THE SECRETARY OF STATE CITATIONS UNIT

Street, Apt. No.; or PO Box No.: PO BOX 12079

City, State, Zip+4: AUSTIN, TEXAS-2079

Code: B16022-C    DS
Code2: SOS HARBOR   OP

PS Form 3800, January 2013    See Reverse for Instructions



**State of Texas**
**County of Orange**

I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.

Witness my official seal and signature of office in Orange, Texas, this the ___ day of _August_ 16

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by _____
DENISE SMITH

DO NOT COPY OR ALTER - This document contains security features.

## THE STATE OF TEXAS

**To:** JESSIE E WILEY
1711 CAROLINE DRIVE
LIVINGSTON, LA 70754

Defendant, **NOTICE:**
    **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
    Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

    Said        **PLAINTIFF'S ORIGINAL PETITION**
was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on June 30, 2016 in the following styled and numbered cause:

**Cause No:**    160200-C

**RICHARD KTCHENS  JR VS. JESSE E WILEY**

    The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:
        **ERIC D NIELSEN**
        **THE NIELSEN LAW FIRM PC**
        **9800 NORTHWEST FREEWAY SUITE 314**
        **HOUSTON, TX  77006**

    **ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this July 5, 2016.



                    **VICKIE EDGERLY, District Clerk**
                    Orange County, Texas

---

### CLERK'S RETURN FOR CERTIFIED MAIL

    CAME TO HAND on the _5TH__day of __JULY___, 2016_, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.
CERT. MAIL #_71900518001000012203___ DELIVERY DATE:_____ RETURN DATE:_____

### ALTERNATE RETURN

    CAME TO HAND on the _____ day of _____, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in _____ _____ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

                    **VICKIE EDGERLY, District Clerk**
                    Orange County, Texas

                    By:_____Deputy

DO NOT COPY OR ALTER - This document contains security features.



**U.S. Postal Service** TM
**CERTIFIED MAIL** TM **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7190 0518 0010 0001 2203

| | |
|---|---|
| Postage | $ $0.41 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.21 |

Postmark Here

Sent To  JESSIE E WILEY
Street, Apt. No.; or PO Box No.  1711 CAROLINE DRIVE
City, State, Zip+4  LIVINGSTON, LA 70754

Code: B10020-C DS
Code2: WILEY  OP

PS Form 3800, January 2013        See Reverse for Instructions

State of Texas
County of Orange
  I, VICKIE EDGERLY, Clerk of the District Court in and for Orange County, Texas, do hereby certify that the above and foregoing is a true and correct copy of the Original Hereof, as same was filed and appears of record in my office.
  Witness my official seal and signature of office in Orange, Texas, this the 11 day of August 16

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
By
DENISE SMITH

DO NOT COPY OR ALTER - This document contains security features.

CIVIL CITATION - CCVCMWD

# THE STATE OF TEXAS

To: **CLEAN HARBORS ENVIRONMENTAL SERVICES INC**
**REG AGENT: CT CORPORATION SYSTEM**
**1999 BRYAN STREET SUITE 900**
**DALLAS, TX 75201-3136**

## BY SERVING THE SECRETARY OF THE STATE OF TEXAS, AUSTIN, TEXAS

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said **PLAINTIFF'S ORIGINAL PETITION** was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on June 30, 2016 in the following styled and numbered cause:

**Cause No:   160200-C**
**RICHARD KTCHENS  JR VS. JESSE E WILEY**

The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:
**ERIC D NIELSEN**
**THE NIELSEN LAW FIRM PC**
**9800 NORTHWEST FREEWAY SUITE 314**
**HOUSTON, TX   77006**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this July 5, 2016.



**VICKIE EDGERLY, District Clerk**
Orange County, Texas

*Vickie Edgerly*

---

## CLERK'S RETURN FOR CERTIFIED MAIL

CAME TO HAND on the _5TH_ day of _JULY_, 2016_, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.

CERT. MAIL #_71900518001000012210___   DELIVERY DATE:_____   RETURN DATE:_____

## ALTERNATE RETURN

CAME TO HAND on the _____ day of _____, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in _____ _____ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

**VICKIE EDGERLY, District Clerk**
Orange County, Texas

IMAGED                                   By:_____Deputy

**DO NOT COPY OR ALTER - This document contains security features.**



ISTRICT CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7190 0518 0010 0001 2210

| | |
|---|---|
| Postage | $0.41 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.21 |

Postmark Here

Sent To OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT
Street, Apt. No.; PO BOX 12079
or PO Box No.
City, State, Zip+4 AUSTIN, TEXAS-2079

Code: B160200-C   DS
Code2: SOS HARBOR   OP

PS Form 3800, January 2013      See Reverse for Instructions

---

2. Article Number

7190 0518 0010 0001 2210

1. Article Addressed to:

OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT
PO BOX 12079
AUSTIN, TEXAS-2079

Code: B160200-C   DS
Code2: SOS HARBOR   OP

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

JUL 2016          VICKIE

3. Service Type  ☒ Certified

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811          Domestic Return Receipt

CERTIFIED COPY

**DO NOT COPY OR ALTER - This document contains security features.**



State of Texas
County of Orange
  I, VICKIE EDGERLY, Clerk of the District Court in
and for Orange County, Texas, do hereby certify
that the above and foregoing is a true and correct
copy of the Original Hereof, as same was filed and
appears of record in my office.
  Witness my official seal and signature of office
in Orange, Texas, this the ___ day of _____

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by _____
DENISE SMITH

CIVIL CITATION - CCVCMWD

## THE STATE OF TEXAS

To: **JESSIE E WILEY**
    **1711 CAROLINE DRIVE**
    **LIVINGSTON, LA 70754**

Defendant, **NOTICE:**

    **YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

    Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

    Said             **PLAINTIFF'S ORIGINAL PETITION**
was filed and docketed in the 163rd District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on June 30, 2016 in the following styled and numbered cause:

**Cause No:**    **160200-C**

## RICHARD KTCHENS JR VS. JESSE E WILEY

    The name and address of the attorney for Plaintiff otherwise the address of Plaintiff is:
    **ERIC D NIELSEN**
    **THE NIELSEN LAW FIRM PC**
    **9800 NORTHWEST FREEWAY SUITE 314**
    **HOUSTON, TX 77006**

**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this July 5, 2016.

                          **VICKIE EDGERLY, District Clerk**
                          Orange County, Texas

                          *Vickie Edgerly*

---

## CLERK'S RETURN FOR CERTIFIED MAIL

    CAME TO HAND on the __5TH__ day of __JULY__, 2016_, at 3:00 o'clock P.M. and executed in Orange County, Texas, by delivering to each of the within named defendants a true copy of this citation, by certified mail, return receipt requested, Addressee Only, the return receipt being attached to this citation and referred hereto for all pertinent purposes.
CERT. MAIL #_71900518001000012203___ DELIVERY DATE:_____ RETURN DATE:_____

## ALTERNATE RETURN

    CAME TO HAND on the _____day of _____, 20_____, at 3:00 o'clock P.M. and after due and diligent effort, having been unable to locate the within named Defendants in _____ _____ by certified mail, return receipt requested, Addressee Only, for the reason shown on the return receipt attached to this citation and referred hereto for all pertinent purposes.

                          **VICKIE EDGERLY, District Clerk**
                          Orange County, Texas

    **IMAGED**                       By:_____Deputy

**DO NOT COPY OR ALTER - This document contains security features.**





CERTIFIED COPY

DO NOT COPY OR ALTER - This document contains security features.



State of Texas
County of Orange
    I, VICKIE EDGERLY, Clerk of the District Court in
and for Orange County, Texas, do hereby certify
that the above and foregoing is a true and correct
copy of the Original Hereof, as same was filed and
appears of record in my office.
    Witness my official seal and signature of office
in Orange, Texas, this the 11 day of August 16

VICKIE EDGERLY
Clerk of District Court
of Orange County, Texas
by
DENISE SMITH